# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WESLEY JEFFERSON
ADC #104933                                                                                        PETITIONER

VS.                              5:10CV00321 JMM/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that:

(1) Petitioner's Motion to Proceed *In Forma Pauperis* (docket entry #1) is DENIED, AS MOOT.

(2) The Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #2) is DISMISSED, WITHOUT PREJUDICE.

Dated this  17  day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE