## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WESLEY JEFFERSON
ADC #104933                                                                                              PETITIONER

VS.                                      5:10CV00321 JMM/JTR

LARRY NORRIS, Director
Arkansas Department of Correction                                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this  17  day of November , 2010.

_____
UNITED STATES DISTRICT JUDGE